ACCEPTED
03-14-00228-CR
5848563
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 4:20:52 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00228-CR**

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 4:20:52 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| TROY WILLIAMS | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 147TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-12-904077

**STATE'S FIRST MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his conviction for Aggravated Kidnapping, the appellant filed his notice of appeal in the above cause on April 10, 2014. Appellant's counsel filed a brief on May 28, 2015.

1

(b) The State's brief is currently due on **June 29, 2015**.

(c) This request is that the deadline for filing the State's brief be extended by **30 days**.

(d) The number of previous extensions of time granted for submission of the **State's** brief is: **none**.

(e) The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since this brief was filed, the attorney assigned to this case has been working on other pressing appellate matters and has not had sufficient time to prepare an adequate response to this brief.

2. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **July 29, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

_____
Angie Creasy
Assistant District Attorney
State Bar No. 24043613
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Angie.Creasy@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that this motion contains 231 words, based upon the computer program used to generate this motion and excluding words contained in those parts of the motion that Texas Rule of Appellate Procedure 9.4(i) exempts from inclusion in the word count, and that this motion is printed in a conventional, 14-point typeface.

I further certify that, on the 26th day of June, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Linda Icenhauer-Ramirez, Attorney at Law, 1103 Nueces, Austin, Texas 78701, [ljir@aol.com].

_____
Angie Creasy
Assistant District Attorney